# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2635
LT Case No. 59-2008-CF-4873-A

_____

MARCO DEWAYNE PIERCE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Seminole County.
Melanie Freeman Chase, Judge.

Marco Dewyane Pierce, Graceville, pro se.

No Appearance for Appellee.

November 6, 2025

PER CURIAM.

    AFFIRMED.

BOATWRIGHT, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____